Judge McMahon                                    07 CV 3089

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAN OCEANIC MARITIME INC,                  :

       Plaintiff,                                  :         07 CV _____
                                                                         ECF CASE
   - against -                                        :
                                                                         APR 1 7 2007
SOURCE LINK SHIPPING CO., LTD.,            :

       Defendant.                                :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: April 17, 2007
       New York, NY

                                          The Plaintiff,
                                          PAN OCEANIC MARITIME INC.

                                          By: _____
                                          Nancy R. Peterson (NP 2871)
                                          Lauren C. Davies (LD 1980)
                                          Kevin J. Lennon (KL 5072)

                                          TISDALE & LENNON, LLC
                                          11 West 42nd Street, Suite 900
                                          New York, NY 10036
                                          (212) 354-0025 (Phone)
                                          (212) 869-0067 (Fax)
                                          npeterson@tisdale-lennon.com
                                          ldavies@tisdale-lennnon.com
                                          klennon@tisdale-lennon.com