UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Pan Oceanic Maritime Inc.,

               Plaintiff(s),

-against-

Source Link Shipping Co., Ltd.,

               Defendant(s).

_____X

07 Civ. 03089 (CM) (GWG)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

__✓__ Discovery Supervision

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Social Security

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: 5/4/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge