```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAN OCEANIC MARITIME INC.,                  :

                                            :   ORDER
               Plaintiff,                       07 Civ. 3089 (CM) (GWG)
                                            :

       -v.-                                 :

                                            :

SOURCE LINK SHIPPING CO. LTD.,              :

               Defendants.                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    1. The above-referenced action has been referred to this Court for supervision of discovery.

    2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. All applications to this Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judges.htm (link to Judge Gorenstein). Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

    3. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than any attorneys or parties currently listed on the ECF system (or listed below, if applicable), please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

    SO ORDERED.

Dated: May 8, 2007
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge