11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
Fax: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY - Southport, CT*

WWW.TISDALE-LAW.COM

July 24, 2007

RECEIVED
JUL 24 2007
CHAMBERS OF
COLLEEN McMAHON

**VIA FACSIMILE 212 805 6326**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1581

Re:   **Pan Oceanic Maritime Inc. v. Source Link Shipping Co. Ltd.**
      07 Civ. 3089 (CM)
      Our Ref: 1673

Dear Judge McMahon:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, July 27, 2007 at 12:00 p.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 19, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. On May 3, 2007 an Amended Ex Parte Order authorizing process of maritime attachment was issued and served on the garnishee banks. The Defendant has not appeared, but several of the garnishee banks have attached property of the defendant pursuant to the ex parte order. Specifically, on May 14, 2007 Bank of New York restrained $526,152.24 of property belonging to the defendant. This sum will be shared amongst the other plaintiffs who also had maritime attachments against Source Link Shipping Co. Ltd. and served the above banks on those days.

As Defendant has not appeared and due notice of the attachments has been given, we respectfully request a thirty (60) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. We submit to the Court that this is our first request for an adjournment in this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Lauren C. Davies